JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARET G. ESPARZA,　　　) Case No. EDCV 10-0929-DTB
　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　) **J U D G M E N T**
　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　)
Commissioner of Social Security,)
　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　)

　　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: October 24, 2011

　　　　　　　　　　　　　　　　　　　　　/s/ David T. Bristow
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1